EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
_____ DIVISION at _____

CIVIL ACTION NO. _____

2:23-CV-124-DCR

(Court Clerk will supply)

Eastern District of Kentucky
FILED
SEP 13 2023
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**Malissa F. Hale**

PLAINTIFF

VS:

**Newport Police Department**

_____

_____

_____

(do not use "et al.",

enter full names)

Demand for Jury Trial:
Yes (X) No (___)

DEFENDANTS

I. **Plaintiff:**

   A. Name (list any aliases): **Malissa Hale**

   B. Prisoner ID #: _____  Check one: Convicted _____  Pretrial Detainee _____

   C. Place of present confinement: _____

   D. Address: **1101 Rosemont Ave. Apt #1, Cincinnati OH 45205**

II. **Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

   A. Defendant's Name: **Newport Police Officer?**
      Title or Position: **Patrol Citation 2214/0190600**
      Place of Employment: **998 Monmouth St. Newport KY**

   B. Defendant's Name: **Newport Police Officer?**
      Title or Position: **Patrol Citation 2214/0190600**
      Place of Employment: **998 Monmouth St. Newport KY.**

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Defendant's Name: Moeves A
   Title or Position: Patrol   Badge # 0246
   Place of Employment: Newport Police Department
D. Defendant's Name: Newport Police Officer
   Title or Position: Desk   Non-Emergency
   Place of Employment: 998 Monmouth St. Newport KY
E. Defendant's Name: Newport Police Officer
   Title or Position: Patrol
   Place of Employment: 998 Monmouth St. Newport KY

## III.   Statement of Claim:

Below you should state the **FACTS** of your case.  You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph.  (If you need more space, you may attach extra sheets).

A. What happened?  Explain specifically what each Defendant did or failed to do.

I was wrongfully arrested at Riverchase Apartments, 100 Riverboat Row, Newport KY on September 17, 2022 by three Newport police officers. Someone from the management office called the police, when they arrived they immideatly took me into custody. They stated I approached the officer staring at him as if I was going to chest bump or attack the officer. There was three police officers (3) approached me grabbed me immideatly. They stated the officer could smell the odor of alcohol beverage, which was FALSE! There was several code violations at Riverchase Apartments

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C.  Where did these events happen?

pulling my arms, while the female police offer was molesting me so much my dress fell off exsposing my breast while being thrown in the back of police car suffered multiple injuries head, neck, back shoulders, spine, wrist and leg, cut, bruises permanent swelling bruises due to hand cuff being placed incorrectly and too tight!

D.  What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated?  State the specific constitutional provision or law if you know it.

The Fourth Amendment
The Fourteeth Amendment
Violation of Miranda Rights
Ordered by Judge Karen Thomas Nothley
Mental Health Community care Evaluation

**IV.   Exhaustion of Administrative Remedies**

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A.  **Federal Prisoners** answer the following:

1.  Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?   YES (_____)   NO (X)

2.  If so, did you (check **ALL** that apply):
    _____ file a request or appeal to the Warden          _____ date
    _____ appeal to the Regional Director                 _____ date
    _____ appeal to the Office of General Counsel          _____ date

3.  **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

so there was NO LIGHTING the only light was from my daughters motion Dector light which was then they saw a can alchol bevarage. The above person then began to turn her back to walk away as she was observed unsteady on her feet. Which was false! I saw three Newport Police Officer coming towards me so I began to go back to patio when they grabbed me. The person had blood shot eyes a FALSE STATEMENT. There was NO LIGHTING! The above person jumped over to her patio wall as she continued to scream at the Office near an alcholic bevage. FALSE STATEMENT! I did not jump over to the patio. The above person was asked to identify herself FALSE STATEMENT! and refused by futher yelling and cursing in a public place. FALSE STATEMENTS

B. When did these events happen?

Riverchase Apartment 100 Riverboat Row Newport KY on September 17, 2022

#1 02304        222.202(1)

#2 0231         525.060

#2 00803        500.150.

three (3) charges did not test for drug/alcohol I did not read rights, placed in a head lock wrist lock and leg lock, as soon as I was handcuffed the two male officer held me up by my arms and shoulder,

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

4.  What was the result? _____

_____

_____

_____

5.  If you did not file a grievance, why not? _____

_____

_____

_____

B.  **State Prisoners** answer the following:

1.  Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?      YES ( ___ )   NO ( ✗ )

2.  If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

_____ file a grievance and seek an informal resolution            _____ date
_____ request a hearing from the Grievance Committee         _____ date
_____ appeal to the Warden                                               _____ date
_____ appeal to the Commissioner                                       _____ date

Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
         YES ( ___ )   NO ( ✗ )

_____ date

3.  **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4.  What was the result? _____

_____

_____

_____

5.  If you did not file a grievance, why not? _____

_____

_____

_____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C.    **County or City Prisoners** answer the following:

1. Is there a grievance/appeal policy at your jail?   YES ( )   NO (✗)
2. **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available.  If not, briefly describe the grievance/appeal policy below.

_____

_____

3. Did you file a grievance regarding these facts?   YES ( )   NO (✗)

4. If you filed a grievance:

a. What steps did you take to use the grievance process? _____

_____

_____

_____

_____

b. What was the result? _____

_____

_____

c. If unsuccessful, did you file an appeal?     YES ( )   NO ( )

d. What was the result? _____

_____

_____

e. Did you take any further steps in the grievance process?
   YES (✗)   NO ( )     NO MORE AVAILABLE ( )

f. What was the result? Filed complaint with the Department of Justice complaint # 236188 - CPH

5. If you did not file a grievance, why not?: _____

_____

_____

_____

_____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

## V.   OTHER LAWSUITS

A.    Have you filed any other lawsuit **dealing with the same facts** raised in this
      action?   YES (   )   NO (✗)

B.    If your answer to question A is **YES**, describe the lawsuit in the space below.
      If you filed more than one other lawsuit, provide the same information for each
      other lawsuit on additional sheets of paper.

      1. PARTIES:

      Plaintiff: _____

      Defendant(s): _____

      _____

      _____

      2. COURT: (name the district for a federal court, or the county for a state court)

      _____

      3. CASE NO.: _____   DATE FILED: _____

      4. OUTCOME: (is the case still pending?  was it dismissed?  being appealed?)

      _____

      _____

      5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C.  List any other lawsuits that you have filed in any state or federal court:

    1.  Plaintiff _Malissa Hale_ vs. Defendant(s) _Crystal L. Luna & Oscar Luna_
      Court Name: _Campbell County District_   Case No.: _18 - S - 019_
      Nature of Claim: _Small Claims_   Date Filed: _4/11/2018_
      Outcome: _Refused to file by Campbell County_   Date: _2/28/2018_

    2.  Plaintiff _Malissa Hale_ vs. Defendant(s) _Micheal V. White_
      Court Name: _Kenton District_   Case No.: _08, S 00008_
      Nature of Claim: _Stole Rental Deposit $1125⁰⁰_   Date Filed: _2/5/2008_
      Outcome: _NOTHING_   Date: _1/8/2008_

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

3. Plaintiff Malissa Hale vs. Defendant(s) Tim Shrout
Court Name: Kenton County District Court   Case No.: 11-5-161
Nature of Claim: Stole $2,500.00   Date Filed: 10/25/2011
Outcome: filed Bankruptcy on   Date: 10/25/2011
Malissa Hale

## VI.   Relief:

State exactly what you want the Court to do for you.  You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

Damages
Racial Harassment Since 2005 under Thomas Collins
Wrongfull arrested
Molested, verbal abuse, physical abuse, no medical attention.
Exposed breast, unsafe, unsanitary conditions, no medication
no medical care.

## VII.   Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

## CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Malissa F. Hale _____        9/13/2023
Signature of Plaintiff        Prison ID#        Date

Plaintiff's Address: 1101 Rosemont Avenue #1
Cincinnati OH 45205

Page 8 of 8